IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 19  AM 6: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PATRICIA CONGUY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION No. 2-03-CV-2647 MAV |
| | ) |
| | ) |
| UNUMPROVIDENT CORPORATION; | ) |
| d/b/a UNUM LIFE INSURANCE | ) |
| COMPANY OF AMERICA; AND UNUM | ) |
| LIFE INSURANCE COMPANY OF | ) |
| AMERICA; and Fictitious Defendants "A", | ) |
| "B", and "C", whether singular or plural, are | ) |
| those other persons, corporations, firms, or | ) |
| other entities whose wrongful conduct | ) |
| caused or contributed to cause the injuries | ) |
| and damages to the Plaintiff, all of whose | ) |
| true and correct names are unknown to | ) |
| Plaintiff at this time, but will be substituted | ) |
| by amendment when ascertained, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR MODIFICATION OF JANUARY 28, 2004 SCHEDULING ORDER

It appearing to the Court that the parties' Join Motion for Modification of January

28, 2004 Scheduling Orders should be granted;

IT IS, THEREFORE, ORDERED that this Court's January 28, 2004, Scheduling

Order governing this ERISA case shall be modified as follows:

> Conguy shall file a Motion to Reverse the Plan
> Administrator's Decision to Deny Benefits on or before

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _5-20-05_

(46)

July 15, 2005.  Unum shall file its responsive brief on or before August 15, 2005.

Date: *May 18, 2005*

By: *S. Thomas Anderson*
United States Magistrate Judge

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CV-02647 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Christopher E. Sanspree
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103--416

William M. Audet
ALEXANDER HAWES & AUDET LLP
152 North Third Street
Ste. 600
San Jose, CA 95112

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Leigh McDaniel Chiles
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lori J. Keen
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

Honorable Samuel Mays
US DISTRICT COURT